# Protesters clash at 'rally for free speech'

**■ BY STEVE LEBLANC**
ASSOCIATED PRESS

BOSTON — Thousands of demonstrators chanting anti-Nazi slogans converged Saturday on downtown Boston in a boisterous repudiation of white nationalism, dwarfing a small group of conservatives who cut short their planned "free speech rally" a week after a gathering of hate groups led to bloodshed in Virginia.

Counterprotesters marched through the city to historic Boston Common, where many gathered near a bandstand abandoned early by conservatives who had planned to deliver a series of speeches. Police vans later escorted the conservatives out of the area, and angry counterprotesters scuffled with armed officers trying to maintain order.

Members of the Black Lives Matter movement later protested on the Common, where a Confederate flag was burned and protesters pounded on the sides of a police vehicle.

RALLY A6

'Hole in th___ ___'

# What is the game of politics really all about

**STEVE DENSLEY**



"It is said that we hang the petty thieves and appoint the great ones to public office." So goes the thought of many citizens when they think of politicians. I promise you that it is a much more complex game than most people will ever understand. It needs to change from the political right and left to what's right and what's wrong.

Have you ever wondered what goes through a person's mind when they decide to run for public office? It very well could be a life-altering experience and most certainly will change the way you see yourself and society forever. They say the best way to really find out who your friends are is when you lose. Who steps up with support and encouragement and who instantly changes their colors to support the winner with both money and friendship? It's an interesting lesson on society and relationships.

We are now engaged in an election for the U.S. Congress and other city positions. Seldom do voters really spend the time to study the candidates and their stands on issues but stumble into the voting booth hoping that Uncle Max gave them the right information on who they should vote for. Most people believe that politics is the art of looking for trouble, finding it whether it exists or not, diagnosing it incorrectly, and applying the wrong remedy.

Running for public office can be brutal, and being elected can be sheer terror. Once a person finds out how many people hate them because they belong to a different party and therefore can't be any good — and they are labeled a "politician" and therefore are instantly suspect for their motives behind seeking public office — the personal panic begins. They begin to question, "Who really wants me to run and will they support me financially or in volunteering?" Some candidates have already found out the answer to those questions but the finals are still ahead.

You've got to wonder why anyone steps into the public arena and agrees to run. I applaud anyone who dares enter the arena of public judgment. The judgment that takes place once you have made the choice to run will only be superseded by being elected and having the daily barrage of critics second guessing what you will do and have done.

Let's look at what goes through the mind of a candidate. The first thing to ask yourself is, "Why am I running?" Is it the ultimate ego trip, a celebration of self-interest with exciting rallies, headlines, bright lights and adoring followers? Personally, I think that's a lot of baloney.

In reality, a campaign becomes a lonely, ego-shattering affair, devastating to family life and finances. Far more candidates lose than win.

The next question should be, "Do I have a plan of action should I be elected, and is it a better plan than others may have? Am I qualified for the position and will my employer support me in the endeavor?"

The worst part of running is fundraising, especially for a candidate in a difficult battle. Many candidates have confided that calling people to ask for money can be a humiliating, degrading thing. Some candidates get in the middle of the race, consider the state of the campaign, the neglect of family and profession and then ask, "What in the world am I doing here?"

Candidates must evaluate their own personalities to determine if they have the mental toughness to take criticism without falling apart. It's wrenching to be criticized publicly, especially when the campaign becomes mean and personal. You have to deal with the press, the letters to the editor, e-mail campaigns, timed debates with no time to defend or fully explain your position or respond to false accusations about what others think they know about where you stand on issues.

Can you financially support this venture and do you have any major skeletons in your closet? Have you done anything that is considered unethical, such as DUI, drugs or bankruptcy, or have you engaged in questionable business practices? Are you prepared to have yourself and your family placed in a glass house for all to judge as public figures? What are the issues and how will you solve those problems? Will you raise taxes or cut government?

Most of the general schizophrenic signals you will receive from the general public will be to cut taxes and increase entitlements, and do it in a no manner so we the people can have pride and respect in it. The public will expect government to solve all its problems and spend no money doing it. I respect anyone who has stepped into this arena of public service for the right reasons.

It is said that America is great because of what government did, America is great because of what free people in America had the chance and the incentive and the opportunity and the freedom do for them. It all starts with someone willing to serve as a public willing to get out and vote after serious study of the issues and candidates.

"Mankind will never see an end of trouble until lovers of wisdom come to hold political power, or the holders of power become lovers of wisdom." – Plato

  (B) the chief clerk of the House of Representatives, for a legislator that is a representative; or
  (C) the lieutenant governor, for all other regulated officeholders.
 (ii) The lieutenant governor, the secretary of the Senate, and the chief clerk of the House of Representatives shall ensure that blank financial disclosure forms are available on the Internet and at their offices.
 (d) Financial disclosure forms that are filed under the procedures and requirements of this section shall be made available to the public:
  (i) on the Internet; and
  (ii) at the office where the form was filed.
 (e) This section's requirement to disclose a conflict of interest does not prohibit a regulated officeholder from voting or acting on any matter.
 (5) A regulated officeholder who violates the requirements of Subsection (2) is guilty of a class B misdemeanor.

History: C. 1953, 76-8-109, enacted by L. 1973, ch. 196, § 76-8-109; 1995, ch. 191, § 1; 2010, ch. 12, § 5.

Amendment Notes. — The 2010 amendment, effective March 8, 2010, rewrote the section.

COLLATERAL REFERENCES

Utah Law Review. — Eligibility of Public Officers and Employees to Serve in the State Legislature: An Essay on Separation of Powers, Politics, and Constitutional Policy, 1988 Utah L. Rev. 295 (1988).

### 76-8-110. Peace officer prohibited from acting as compensated collection agent for collection agencies or creditors.

(1) A peace officer may not have any interest in any collection agency or act as a compensated collection agent for any creditor or collection agency.
(2) A person that violates this section is guilty of a class C misdemeanor.

History: C. 1953, 76-8-110, enacted by L. 1988, ch. 229, § 8; 1992, ch. 128, § 1.

## PART 2
## ABUSE OF OFFICE

### 76-8-201. Official misconduct — Unauthorized acts or failure of duty.

A public servant is guilty of a class B misdemeanor if, with an intent to benefit himself or another or to harm another, he knowingly commits an unauthorized act which purports to be an act of his office, or knowingly refrains from performing a duty imposed on him by law or clearly inherent in the nature of his office.

History: C. 1953, 76-8-201, enacted by L. 1973, ch. 196, § 76-8-201.

# OATH OF OFFICE

I do solemnly swear that I am over the age of eighteen years, and that I am a bona fide resident of the State of Utah, or have permanent resident status under Section 245 of the Immigration and Nationality Act, and that I will support, obey and defend the Constitution of the United States, and the Constitution of the State of Utah, and that I will discharge the duties of my office with fidelity.

_____
Principal

STATE OF UTAH

§

COUNTY OF _____

Subscribed and sworn to before me this \_\_\_\_ day of, _____, 2\_\_\_

My commission expires: _____

_____
Notary Public

(Urgent) (Public Trust April 14, We The People) 2017

I need Response ASAP. By mail

From Robert Brown Race Black Scandal (801) 245-0451
355 Brookside dr, Springville, Utah 84663
mailed Bycmail To Utah Gov. Gary Herbert on 4-14-17
    I asked FBI James C. To Investigate stuff

To Utah Gov. Gary Herbert (you Lied To God oath)
1. Please Read Fax                    SEE your Bishop ASAP
2. Come clean with people Of Utah, Resign ASAP
3. You Lied under oath yr 2017,
4. You Lied To Utah voters, you Been In Public Office To Long
5. You And LT. Gov. S Cox never Response To many Faxes, I Faxed you why?
6. I will File Lawsuit soon In Utah Federal Court
For Election Fraud, Rigger Utah Gov. Race yr 2016, Scam The Voters, dishonesty Ect.
7. As Utah Gov. you neglect To do you duty, JOB under Utah Law, yr 2015 I mailed you documents Bycmail, so you And me could talk About Misconduct By Utah State Bar Employees who had my case.
    I got you Response why. yr 2016 mail you Letter Bycmail
7. I have Letter By Austin Cox 2-4-16, you got documents so what happen To documents? Austin Cox Resign yr 2016 Because he Lied To me In his Letter 2-4-16.
Oath of Office Violation Is A Federal Crime,
Lying under oath Is perjury It's Corruption, Racism no, Intergrity Credibility, Character, Moral Values Ect.
Some Utah Voters I told Utah Gov. Race was Rigged, Cheating Ect. disgrace you Lie LT. Gov. S Cox
    Lied To Utah people Voters Time for new Utah Gov.
Please Resign ASAP. B Brown

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SALT LAKE CITY, UT 84114

| | |
|---|---|
| Certified Mail Fee $3.35 | 0660 02 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.19 | 04/14/2017 |
| Total Postage and Fees $4.54 | |

Sent To: UTAh Gov. Gary Herbert Utah State
Street and Apt. No., or PO Box No: Capitol (Suite 200) P.O. Box 142220
City, State, ZIP+4: SLC UTAh 84114

7014 3370 0001 8117 8560

# The Oath of Office

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution
--*the Constitution of the United States, Article VI*

It is impossible to be bound by Oath without a penalty for breaking the Oath, just as it is impossible to be bound by a contract or law without a penalty for breaking the law or Contract.

In order to become more compliant with Article VI of the Constitution of the United States, the supreme law of the land, it is proposed that we use the following wording for the Oath of Office required of all Utah state legislators and all Utah state judicial officers:

I do solemnly swear (or affirm) under penalties of perjury misdemeanors, high crimes and treason, that I will promote, preserve, protect and defend the supreme law of the land, this Constitution of the United States against all enemies or opposers, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will support the Utah Constitution and Utah laws in pursuance to the Constitution of the United States and will well and faithfully discharge the duties of the office on which I am about to enter, so help me God."

## Candidate Interviews with Loy Brunson 2010

For more information please contact:
arlan@theoathofoffice.com

Site created by EZ Site Help

# BALLOTPEDIA - The Encyclopedia of American Poli Donate to Ballotpedia

Want to receive updates from Ballotpedia?    Full Name    Email Addres    SIGN UP FOR BALLOTPEDIA EMAILS!

# Utah Oath of Office Amendment (2016)

The **Utah Oath of Office Amendment, HJR 8** is on the November 8, 2016 ballot in Utah as a legislatively referred constitutional amendment. The measure, upon voter approval, would make minor changes to the oath of office that each elected and appointed state official must take and subscribe to before entering into his or her respective office.[1]

The current oath of office reads: "I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and the Constitution of this State, and that I will discharge the duties of my office with fidelity."

The proposed oath of office, which would be enacted with voter approval of HJR 8, reads: "I do solemnly swear (or affirm) that I will support, obey, and defend the Constitution of the United States and the Constitution of the State of Utah, and that I will discharge the duties of my office with fidelity."

The amendment changing the oath was proposed by Rep. Kraig Powell (R-54). He explained the proposed changes, saying, "Please remember that the point of the bill was that the word 'Utah' is not currently in the oath of office."[2]

**Contents**
1 Text of measure
    1.1 Constitutional changes
2 Path to the ballot
    2.1 House vote
    2.2 Senate vote
3 See also
4 External links
5 References

### Oath of Office Amendment



**Type**   Constitutional amendment
**Origin** Utah Legislature
**Topic**  Constitutional language on the ballot
**Status** On the ballot

## Text of measure

### Constitutional changes

*See also: Article IV, Utah Constitution*

The proposed amendment would amend Section 10 of Article IV of the Utah Constitution. The following struck-through text would be deleted and underlined text would be added by the proposed measure's approval:[1]

> All officers made elective or appointive by this Constitution or by the laws made in pursuance thereof, before entering upon the duties of their respective offices, shall take and subscribe the following oath or affirmation: "I do solemnly swear (or affirm) that I will support, obey, and defend the Constitution of the United States and the Constitution of ~~this~~ <u>the</u> State <u>of Utah</u>, and that I will discharge the duties of my office with fidelity."[3]

## Path to the ballot

*See also: Amending the Utah Constitution*

TRANSMISSION VERIFICATION REPORT

TIME    : 09/08/2016 09:40
NAME    : FXOSF
FAX     : 8017942710
TEL     : 8017942708
SER.# : U63314B3J356176

DATE,TIME       09/08 09:40
FAX NO./NAME    18015381133
DURATION        00:00:33
PAGE(S)         01
RESULT          OK
MODE            STANDARD
                ECM

(URGENT)       Sept. 10, 2016

(I do forgive)

From Robert Brown Race Black
355 Brookside dr, Springville, Utah 84663
Lds member 10 yrs (801) 245-0451

God sez's
Fax (801) 533-1133    (Resign)

To, Utah Governor Gary Hebert, And Lt. Gov.
Spener Cox,    (Mrs Herbert knows her c
                I sent Letter more)

1. Why did Austin Cox Resign? The Letter
Austin Cox sent me on 2-4-16, It's Fraud
Because only Utah Supreme Court Review
Legal case, For disBarment ect. I Losted
$8 million dollars In This Case, Because
Utah Gov. GH, didn't Respond to my certifed
Letter dated 9-7-15, So we could go over my
Case, About Utah State Bar Employees Who had my

**URGENT**

(I do Forgive)

Sept 10, 2016

From Robert Brown Race Black
355 Brookside dr, Springville, Utah 84663
Lds member 10yrs (801) 245-0451

God see's

Fax (801) 538-1133 (Resign)

To, Utah Governor Gary Hebert, And Lt. Gov. Spencer Cox, (Mrs Herbert knows I sent her c letter mail)

1. Why did Austin Cox Resign? The Letter Austin Cox sent me on 2-4-16, It's Fraud Because only Utah Supreme Court Review Legal Case, For disBarment ect. I Losted $8 million dollars in This Case, Because Utah Gov. GH, didn't Respond to my certified Letter dated 9-7-15, so we could go over my Case, About Utah State Bar Employees who had my case Aganist Marriott Hotel. Utah Gov. GH didn't do his Job, duty, neglect, so Utah Gov. GH. can't take oath of office, he's Broken oath of office in my Case, There's no Intergrity, honesty, Character, Time For New Utah Gov. So why didn't you Respond to my Letter 9-7-15 It's Racism, What's going on? I have to Protest, People of Utah deserves Better Governor R Brown

case, About Utah State Bar Employees



Office of the Governor (5)

State of Utah

GARY R. HERBERT
*Governor*

SPENCER J. COX
*Lieutenant Governor*

February 4, 2016

Robert Brown
PO Box 511223
Salt Lake City UT 84151

Dear Robert:

Thank you for your letter to the Office of the Governor. I have been asked to respond on behalf of the Governor.

Our office appreciates hearing from constituents and your comments and opinion regarding this issue have been noted. We have received your documents over the last several months, even forwarding them to the Utah Labor Commission for review. Despite many attempts, we have been unable to reach you via telephone. If you are interested in discussing these concerns with the Office of the Governor, you may reach a member of our staff at (801) 538-1000.

Thank you for taking time to contact us regarding this matter.

Sincerely,

Austin Cox
Constituent Services

*[Handwritten: Mr Austin Cox Resign he lied to me in this letter]*

## TRANSMISSION VERIFICATION REPORT

```
TIME   : 04/27/2016 09:14
NAME   : FXOSF
FAX    : 8017942710
TEL    : 8017942708
SER. # : U63314B3J356176
```

(I have more faxes)

| DATE, TIME | | |
|---|---|---|
| FAX NO./NAME | FaxToLT.Gov.3.c | 04/27 09:13 |
| DURATION | Before utah | 18015381133 |
| PAGE(S) | Election Conv. in | 00:00:47 |
| RESULT | June 2016 | 01 OK |
| MODE | | STANDARD ECM |

(Protest)
Contact Lds Spokesman Michael Otterson
Contact Gov. GH TO

---

Utah delegates, And utah Voters, Tell Them disclose, I'll
I Have A criminal case against you for
misconduct in public office for
1. A Lesson to A Camel, high Crime,
2. Racism,
3. Neglect to do your duty for
4. you broken oath of office, and can't take
oath of office (you should resign.)
5. you can't be re-elected. In any case
Criminal case against to utah delegates, my
So utah Gov. G.H. you didn't Tell, disclose, my
Candidate J Johnson lost. The nominee
for utah Governor. So the Election is found
rigged, cheating. If you do so have no time
redelection Integrity Choice not fit. so its
fraud on the people Voters of Utah.
democrat J.Johnson. Told delegates
his wifes Medical use of Marijuana for
Health Reason, he was honest with delegates E.I.
this fax will be mailed to J Johnson and demo
P/Elec K Brown

ITS00

Fax (801) 538-1133
April 27, 2016

From Roberto Brown Race Black
355 Brookside dr Springville, Utah 84663
Lds member 9½ yrs (801) 245-0451
(God, Christ see's)

To, Utah Governor, Gary Herbert
The truth is you didn't disclose, tell Utah delegates, And Utah Voters that I have A Criminal Case against you for Misconduct In Public Office for

1. Acessory to a crime, high crime,
2. Racism
3. Neglect to do your duty Job
4. you Broken oath of office, In my case,
5. you Can't Be Re-elected, And Can't take oath of office (you Should Resign)

So Utah Gov. GH, you didn't tell, disclose, my Criminal case against you to Utah delegates so, Candidate J Johnson losted the nominee For Utah Governor, So the Election Is Fraud, Rigged, Cheating By you, So you have no trust Credibilly, Intergrity, Character Ect, So it's Fraud on the people voters of Utah, Democratic Mike Weinholtz disclose, told delegates his wifes medical use of marijuana for health Reasons, he was honest with delegates Ect, This Fax Will Be Mailed to J Johnson And demo
PetenC,
R Brown

```
TRANSMISSION VERIFICATION REPORT

                           TIME  : 08/10/2017 10:?3
                           NAME  : FXOSF
                           FAX   : 8017942710
                           TEL   : 8017942708
                           SER.# : U63314B3J35617?

DATE,TIME                          08/10 10:07
FAX NO./NAME    to AHy general     18015381121
DURATION          Utah             00:00:37
PAGE(S)                            01
RESULT                             OK
MODE                               STANDARD
                                   ECM
```

*democracy*
*Intergrity*

(Urgent) God see's (Public Trust Ect.) Aug
(We can't have Fraud, Cheating, scam Speed Election in Federal) 2017
Fax (801) 538-1121, To Utah Atty General Sean Reyes
From Robert Brown Page Black (801) 245-045?
355 Brookside dr. Springville, Utah 84663 [Bill Co...]
This Fax Will Be Filed with Federal Lawsuits on?
In Utah SLC Federal Court, (I Thought Mormons were honest)
To Utah Atty G. Sean Reyes, Please contact SLC Utah
Mayor Ben McAdams Sent him this fax ASAP, I sent Ben letter
This Fax-Letter Will Be mailed to FBI In dc, on 8...
I Already Sent complaint Letter To Federal Election Com...
in dc. — Here's my complaint to FBI In DC"
Please Send Some One from Washington d.c. to
Investigate, look over Utah Special Federal Election
Jason Chaffez Job, is Federal. Because April 2018
I'll have Criminal case against State of Utah For Fraud to
Civil Rights case, These Utah Public Officials will Be
witness in Criminal case in 2015 — These Crimes Are
...ccessory To A Crime After (Coverups) To FBI In Dc ...

democracy
Integrity
Urgent God see's (Public Trust Ect.) Aug 8, 2017
(We can't have Fraud, cheating, scam, speed Election In Federal)
Fax (801) 538-1121, To Utah Atty General Sean Reyes
From Robert Brown Race Black (801) 245-0451
355 Brookside Dr. Springville, Utah 84663, I'll call FBI In DC
This Fax Will Be Filed, With Federal Lawsuit On 8/29/17
In Utah SLC Federal Court, (I Thought Mormons were honesty)
To Utah Atty G. Sean Reyes, Please contact SLC Utah
Mayor Ben McAdams, Sent him This Fax ASAP, I sent Ben Letter on 8/8/17
This Fax-Letter Will Be Mailed To FBI In dc, email comm.
I Already Sent Complaint Letter To Federal Election In dc.
In dc. = "Here's my Complaint To FBI In DC"
Please Send Some One From Washington d.c. To
Investigate, Look over Utah Special Federal Election,
Jason Chaffez Job, Is Federal. Because April yr 2018
I'll have Criminal case against State of Utah For Fraud In
Civil Rights case, These Utah Public Officals Will Be
Witness In Criminal Case yr 2015. Their Crimes Are
Accessory To A Crime After (coverups) To FBI, In Dc. These
Utah Public Offical Should Resign From Running Utah
Special Election For Jason Chaffez Federal Job.

1. Utah Lt. Gov. Spencer Cox Should - Resign From Special Election
2. Mark Thomas, Roza Mitchell, Justin Lee - Should Resign
From Special Election ASAP, Utah Gov. Gary Herbert - Misconduct In
Public Office * Abuse of Office - Misconduct Failure of duty (Crime)(Perjury) neglect
76-8-201 he didn't do his Job In my Civil Rights case, I Losted
Big money, Utah Gov. GH, Gov. SC, Lied, Cheated, scam Utah Voters, yr Election 2016 Gov Race
B. Brown
ccessory To A Crime After (coverups) To FBI, In Dc. The



(6) State of Utah is in mess Because LDS church Leaders Refuse to have meeting with me and Gov. GH about Racism, Aug 17 2017

(This will be filed in Federal Court with Lawsuit on 8-24-17)

From Bobby Race Black (801) 245-0451
355 Brookside dr, Springville, Utah 84663
Mailed by c Mail on 8-17-17 to
To Utah Liberta Institute, Utah (God sees Evil)

1. I don't smoke pot, But if pot can help anyone medical I'm all for it, you got my vote. (medical cure is good.)

2. Utah Gov. Gary Herbert, Lt Gov. Spencer Cox has Been dishonest with you guys
  here's why 3
  1. Early yr 2016, I faxed Lt. Gov. Spencer Cox a fax, saying within 2 yrs I'll have a criminal case against State of Utah, on Racism (what up with Gov.) LDS church Leaders didn't want meeting with me, GH (Gary Herbert Lies) Resign no coverup
  2. A month ago, I sent Utah house Speaker Greg Hughes a letter saying Utah Gov. GH, has no power to do anything for State of Utah, Because Gov. GH, Misconduct over 2 yrs ago * LDS church we must Talk about Racism no coverup
  * Abuse of Office - Offical Misconduct - Failure of duty
  he Broken Laws over 2 yrs ago. Fraud, Lie, dishonesty In Utah Gov. Election yr 2016, Perjury Crimes.
  (Utah needs Term Limit) Gov. GH Been to Long
  Signatures for pot on Utah 2018 Voters ballot, has to Be with a new Utah Governor, =Motion= For Former Republican Candidate J Johnson to Be Utah next Gov. We can't have Fraud, Scam, Cheating, Rigged Elections In Utah. Integrety, Public Trust for Voters of Utah. no one is above the Law.

(801) 245-0451
Robert Brown / 355 Brookside dr Springville, Utah 84663