(1)

United States Federal District Court, Salt Lake City, Utah

Case # 2:17-cv-00948

FILED U.S. DISTRICT 2018 FEB -6 DISTRICT OF UTAH BY: _____ DEPUTY CLERK

Robert Louis Brown
(Plantiff) 355 Brookside dr Springville, Utah 84663

V

State Of Utah, Utah Governor Gary Herbert (Gov. Gary Herbert, 350 n. State St, Suite 200, POBox 142220, SLC Utah 84114)
Utah Lt. Governor Spencer Cox (350 n State Street Suite 220 Utah State Capitol Complex PoBox 142325 SLC Utah 84114)
And Utah Republican Party, Utah Republican Party Chairman Rob Anderson, 117 East, South Temple
(Defendants) SLC Utah 84111

To Court, Judge I'm Amending my Complaint, Lawsuit, I want, Utah Republican Party, And Chairman Rob Anderson To Respond, here's why yr 2017 I sent Rob Anderson by C mail a Letter Letting him know Utah Gov. Gary Herbert, Lt. Gov. Spencer Cox Committed Fraud, Cheating, Oath of Office Violation, Perjury, Abuse of Office Failure of duty In my Civil Rights case yr 2015-now. I Loste Big Money Ect. Because Gov. GH, neglect to do his Job, duty as Utah Governor, I'll File Law Suit April 2018, For Money damages, Rob Anderson never Respond To my Letter, he knew, knows About Law suit I File In Federal Court on 8/22/17, Rob Anderson Coverup For Utah Gov. Gary Herbert
Rob Anderson Should Resign As Utah

Utah Republican Chairman, he didn't contact Utah Central Committed, so the Committed could have Removed, Utah Gov. Gary Herbert, And Lt. Gov. Spencer Cox From Public Office. It's About Public Trust, Moral Values, Intergrity, Serving People of Utah In good ways, Being honest, With The Public, Voters, The democracy In State of Utah Is Falling Apart, dishonest, Mormon Public Officals Why Is So Much Corruption In Utah politics, What's up,

\* (Abuse Of Office Failure Of duty) (Emotional Stress)
Me Too, Times, up, I'm A Victim, I Losted Big money Ect. Because Utah Gov. G.H. Lt. Gov. Spencer Cox, didn't, neglect To do Their Jobs In my Federal Civil Rights Case, They had my case Sine may 2015-now. They Refuse, To Settle, Talk to me About my Case Ect. It's Racism, I'm Black not From Utah, To, Court, Judge other Utah Public Offical knew It was Abuse of Power, Racism, Perjury, Cheating, dishonest, Scam, deception, By Utah Gov. Gary, Lt. Gov. Spencer Cox, Public Offical did nothing, The disgraceful, Thing Is deception By Gov. G.H, Lt. Gov. SC, They Lied. Scam, Cheated Utah Voters In Gov. Election yr 2016 Perjury Is A high Crime,

We must Stop All Abuse on all People, Abuse of Power, Office Ect.
( Abuse of Office Failure of duty)
Is A Misdemeanor, under Utah Const, And U.S. Const, Utah Gov. Gary Hert Ber, Lt. Gov. Spencer Cox, Broken Laws, Oath office Violation In Utah Gov. Election yr 2016.

= Motion =
Mr J Johnson Should Be Utah next Gov. Asap. he was Cheated In Utah Gov. Election yr 2016

= Motion To Court To Throw Out Utah Gov. Election, For Fraud, Cheating, deception, Ect. In Utah Governor Election yr 2016. Utah Senator Curt Bramble knows About Gov. GH, Abuse, Misconduct In public office

= Motion To have Utah Gov. Gary Herbert, And Lt. Gov. Spener Cox, To Repay The State of Utah Their Salary From yr 2016-now, It's tax payers money, And Utah Election man Mark Thomas To. (Utah Republican Chairman Rob Anderson Acessory To A Crime After)
To Court, Judge, people of Utah Being Very Good To, Gary Herbert, Lt. Gov. Spencer Cox, But mr Cox, mr Hebert decieved, Scam, Lied to Utah Voters yr 2016 Election

Robert Louis Brown (801) 245-0451
355 Brookside dr Springville, Utah 84663




**State of Utah**

GARY R. HERBERT
*Governor*

SPENCER J. COX
*Lieutenant Governor*

Office of the Governor

February 4, 2016

Robert Brown
PO Box 511223
Salt Lake City UT 84151

Dear Robert:

Thank you for your letter to the Office of the Governor. I have been asked to respond on behalf of the Governor.

Our office appreciates hearing from constituents and your comments and opinion regarding this issue have been noted. We have received your documents over the last several months, even forwarding them to the Utah Labor Commission for review. Despite many attempts, we have been unable to reach you via telephone. If you are interested in discussing these concerns with the Office of the Governor, you may reach a member of our staff at (801) 538-1000.

Thank you for taking time to contact us regarding this matter.

Sincerely,

Austin Cox
Constituent Services

*[Handwritten annotations:]*
Letter isn't all Truthful

To court, Judge This Letter proves, Utah Gov. G.H. had my Civil Rights case, since may 2015 - now Abuse of office Failure of duty? Crime

Austin cox Resign 4/2016

Utah State Capitol, Suite 200 • P.O. Box 142220 • Salt Lake City, Utah 84114-2220 • Telephone (801) 538-1000

# The Oath of Office

Home    Utah Petition    Federal Petition



The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution
--*the Constitution of the United States, Article VI*

It is impossible to be bound by Oath without a penalty for breaking the Oath, just as it is impossible to be bound by a contract or law without a penalty for breaking the law or Contract.

In order to become more compliant with Article VI of the Constitution of the United States, the supreme law of the land, it is proposed that we use the following wording for the Oath of Office required of all Utah state legislators and all Utah state judicial officers:

I do solemnly swear (or affirm) under penalties of perjury misdemeanors, high crimes and treason, that I will promote, preserve, protect and defend the supreme law of the land, this Constitution of the United States against all enemies or opposers, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will support the Utah Constitution and Utah laws in pursuance to the Constitution of the United States and will well and faithfully discharge the duties of the office on which I am about to enter, so help me God."

## Candidate Interviews with Loy Brunson 2010

For more information please contact:
arlan@theoathofoffice.com

Site created by EZ Site Help

# PART 1

# CORRUPT PRACTICES

## 76-8-101. Definitions.

For the purposes of this chapter:

(1) "Candidate for electoral office" means a person who has filed as a candidate for office under the laws of the state.

(2) "Party official" means any person holding any post in a political party whether by election, appointment, or otherwise.

(3) "Peace officer" means any employee of a police or law enforcement agency that is part of or administered by the state or any of its political subdivisions, and whose duties consist primarily of the prevention and detection of crime and the enforcement of criminal statutes or ordinances of this state or any of its political subdivisions.



(4) (a) "Pecuniary benefit" means any advantage in the form of money, property, commercial interest, or anything else, the primary significance of which is economic gain.

(b) "Pecuniary benefit" does not include economic advantage applicable to the public generally, such as tax reduction or increased prosperity generally.

(5) (a) "Public servant" means any officer or employee of the state or any political subdivision of the state, including judges, legislators, consultants, and persons otherwise performing a governmental function.

(b) A person is considered a public servant upon his election, appointment, or other designation as such, although he may not yet officially occupy that position.

History: C. 1953, 76-8-101, enacted by L. 1973, ch. 196, § 76-8-101; 1988, ch. 229, § 7; 1993, ch. 42, § 1.

### COLLATERAL REFERENCES

Am. Jur. 2d. — 12 Am. Jur. 2d Bribery § 11 et seq.

C.J.S. — 11 C.J.S. Bribery § 1.

## 76-8-102. Campaign contributions not prohibited.

## 76-8-201. Official misconduct — ure of duty.

A public servant is guilty of a class B misdemeanor if, with an intent to benefit himself or another or to harm another, he knowingly commits an unauthorized act which purports to be an act of his office, or knowingly refrains from performing a duty imposed on him by law or clearly inherent in the nature of his office.

History: C. 1953, 76-8-201, enacted by L. 1973, ch. 196, § 76-8-201.

---

### 76-8-103. Bri[bery]

(1) A person [is] offers, or agree[s] with the purpos[e] dation, judgmen[t] servant, party off[icial]

(2) It is not a d[efense]
  (a) the per[son]
  desired wa[y]
  jurisdiction
  (b) the per[son]
  (c) the ben[efit]
    (i) the
    nominat[ion]
    (ii) the

(3) Bribery or s[olicitation]
  (a) a third
  solicited, acce[pted]
  (b) a secon[d]
  solicited, acce[pted]

History: C. 1953, 1973, ch. 196, § 76-8 1991, ch. 215, § 1; 1[993], ch. 30, § 166; 1993, [ch.] § 9.

Cross-References

Am. Jur. 2d. — 12
C.J.S. — 11 C.J.S.
A.L.R. — Furnis[hing] meals, lodging, or t[ransportation] benefits, as bribery. [...]

### 76-8-104. Th[reats]

(1) A person is [guilty] a public servant, decision, opinio[n] discretion.

(2) As used in [this section] person other destro[ying]

(2) Unof[ficial]




Office of the Governor

of Utah

.. HERBERT
*vernor*

ER J. COX
*nt Governor*

February 4, 2016

Robert Brown
PO Box 511223
Salt Lake City UT 84151

Dear Robert:

Thank you for your letter to the Office of the Governor. I have been asked to respond on behalf of the Governor.

Our office appreciates hearing from constituents and your comments and opinion regarding this issue have been noted. We have received your documents over the last several months, even forwarding them to the Utah Labor Commission for review. Despite many attempts, we have been unable to reach you via telephone. If you are interested in discussing these concerns with the Office of the Governor, you may reach a member of our staff at (801) 538-1000.

Thank you for taking time to contact us regarding this matter.

Sincerely,

Austin Cox
Constituent Services

*Mr Austin Cox Resign he lied to me in this letter*

(B) the chief clerk of the House of Representatives, for a legislator that is a representative; or

(C) the lieutenant governor, for all other regulated officeholders.

(ii) The lieutenant governor, the secretary of the Senate, and the chief clerk of the House of Representatives shall ensure that blank financial disclosure forms are available on the Internet and at their offices.

(d) Financial disclosure forms that are filed under the procedures and requirements of this section shall be made available to the public:

(i) on the Internet; and

(ii) at the office where the form was filed.

(e) This section's requirement to disclose a conflict of interest does not prohibit a regulated officeholder from voting or acting on any matter.

(5) A regulated officeholder who violates the requirements of Subsection (2) is guilty of a class B misdemeanor.

History: C. 1953, 76-8-109, enacted by L. 1973, ch. 196, § 76-8-109; 1995, ch. 191, § 1; 2010, ch. 12, § 5.

Amendment Notes. — The 2010 amendment, effective March 8, 2010, rewrote the section.

COLLATERAL REFERENCES

Utah Law Review. — Eligibility of Public Officers and Employees to Serve in the State Legislature: An Essay on Separation of Powers, Politics, and Constitutional Policy, 1988 Utah L. Rev. 295 (1988).

## 76-8-110. Peace officer prohibited from acting as compensated collection agent for collection agencies or creditors.

(1) A peace officer may not have any interest in any collection agency or act as a compensated collection agent for any creditor or collection agency.

(2) A person that violates this section is guilty of a class C misdemeanor.

History: C. 1953, 76-8-110, enacted by L. 1988, ch. 229, § 8; 1992, ch. 128, § 1.

# PART 2
# ABUSE OF OFFICE

## 76-8-201. Official misconduct — Unauthorized acts or failure of duty.

A public servant is guilty of a class B misdemeanor if, with an intent to benefit himself or another or to harm another, he knowingly commits an unauthorized act which purports to be an act of his office, or knowingly refrains from performing a duty imposed on him by law or clearly inherent in the nature of his office.

History: C. 1953, 76-8-201, enacted by L. 1973, ch. 196, § 76-8-201.