Orginal

Cover Sheet (God sides) Case#
For documents   2:17-cv-00948
To Court, All parties In This Case
This cover Sheet mailed By Cmail To Utah
Democratic party SLC Utah And deliverd By me
With Court Complaint, Summons To Utah
Republican party SLC Utah, And Utah Republican
party Chairman Bob Anderson
(Corruption, dishonesty ECT)  (This Is Criminal Civil Case) Case
(Whats up?)  (Mr Spencer Cox did you Tell Mitt Romney About Criminal)

= To All parties In This Case
Please Read Fax-Letter date 4-27-16, To LT. Gov.
Spencer Cox office, Mr Cox knew I Would have A
Criminal case Against him, And Utah Gov. G.H.
This Fax-sent Before Utah Gov. Election Nov. 2016
There was no Code of Ethics, Conduct In Utah
Gov. Election yr 2016. It was Fraud, Lies, Misconduct
deception, dishonesty, Laws Broken, perjury,
Oat office violation, Abuse of office Failure of
duty, By Gov. Gary herbert (In my Civil Rights Case) State yr 2015

= Motion To Court  All candidates
Thats Running For Orrin hatch d.c. Job, should Withdraw,
drop out of Election yr 2018, Because LT. Gov. SC, And
Election man Mark Thomas, And Justin Lee, may Cheat
To have Mitt Romney Win 2018 Election. They Cheated
To have Gov. G.H. Win yr 2016. LT. Gov. SC, Mark thomas
Should Come clean with candidates, And Utah Voters
It's About Intergrity, Public Trust In Utah
democracy, Voting, Ect. Someone Else Should
Run Utah Election yr 2018, May Be Court Can
Appoint someone With Integrity, Public Trust,
It's A disgrace To Utah Voters, Mr Cox Should Resign
                                    (801) 245-0451  84663
Robert Louis Brown  355 Brookside dr Spring Ville, Utah

"Cover Sheet"  (God see's)  Case #
For documents                217-CV-00948
To Court, All parties In This Case
This cover sheet mailed By Cmail To Utah
Democratic party SLC Utah, And delivered By me
With Court Complaint, Summons To Utah
Republican party SLC Utah, And Utah Republican
party Chairman Bob Anderson
(Corruption, dishonesty ECT)  (This Is Criminal Civil Case) Case
What's up?, (Mr Spencer Cox did you Tell Mitt Romney About Criminal?)

= To, All parties In This Case
Please Read Fax-Letter date 4-27-16, To LT. Gov.
Spencer Cox office, Mr Cox knew I Would have A
Criminal case Against him, And Utah Gov. G.H.
This Fax-sent Before Utah Gov. Election Nov. 2016
There was no Code of Ethics, Conduct In Utah
on Election yr 2016. It was Fraud, Lies, Misconduct
deception, dishonesty, Laws Broken, perjury,
Oat Office violation, Abuse of office, Failure of
duty, By Gov. Gary herBert (In my Civil Rights Case) since yr 2015

= Motion To Court   All candidates
That's Running For Orrin hatch d.c. JOB, Should Withdraw,
drop out of Election yr 2018, Because LT. Gov. SC. And
Election man Mark Thomas, And Justin Lee, may Cheat
To have Mitt Romney Win 2018 Election. They Cheated
To have Gov. G.H. Win yr 2016. LT. Gov. SC. Mark thomas
Should come clean With Candidates, And Utah Voters
It's About Intergrity, Public Trust In Utah
democracy, Voting, ECT. Someone Else Should
Run Utah Election yr 2018, May Be Court Can
Appoint someone With Integrity, Public Trust
It's A disgrace To Utah Voters, Mr Cox Should Resign

Robert Louis Brown 355 Brookside dir  (801)245-0451  84663
                                    Springville, Utah

| TRANSMISSION VERIFICATION REPORT | |
|---|---|
| | TIME    : 04/27/2016 09:14 |
| | NAME    : FXOSF |
| | FAX     : 8017942710 |
| | TEL     : 8017942708 |
| | SER.#   : U63314B3J356176 |

| | | |
|---|---|---|
| DATE,TIME | 04/27 09:13 | Faxed |
| FAX NO./NAME | 18015381133 | To Lt. Gov. |
| DURATION | 00:00:47 | Spencer |
| PAGE(S) | 01 | Cox |
| RESULT | OK | |
| MODE | STANDARD | |
| | ECM | |

[Handwritten letter, rotated 180°, reading:]

The Truth Is you didn't disclose, Tell Utah delegates, And Utah Voters That I have A Criminal Case Against you For misconduct In Public office For
1. A Lesson To A Learns, High Crime,
2. Racism
3. Neglect To do your duty For
4. you Broken Oath of office. In my Case
5. you Cant Be Re-elected, And Cant Take Oath of office. (you Should Resign.)

So Utah Gov. G.H., you didn't Tell, disclose, my Criminal Case Against To Utah delegates So, Candidate J. Jonson Losted The Nominee For Utah Governor, So The Election Is Fraud Rigged, Cheating. If you So have no [non] Credibility, Integrity, Character. Eat So It's Fraud on The people Voters of Utah.

democrat Mike Weinholtz discloses Told delegates his wifes [redacted] Medical Use of marijuana for health Reasons, he was honest with delegates Ea.

This Fax will Be (Marie) T. Johnson And demo
Peter C. K. Brown

msa

Fax (801) 538-1133                          April 27, 2016

From Roberto Brown Race Black
355 Brookside dr Springville, Utah 84663
Lds member 9½ yrs (801)245-0451
(God, Christ see's)

To, Utah Governor, Gary Herbert
The Truth Is you didn't disclose, Tell Utah delegates, And Utah Voters That I have A Criminal Case aganist you For Misconduct In Public Office For
1. Acessory To A Crime, high Crime,
2. Racism
3. neglect To do your duty JOB
4. you Broken oath of Office, In my case,
5. you can't Be Re-elected, And can't Take oath of Office. (you Should Resign)

So Utah Gov. G.H., you didn't Tell, disclose, my Criminal case aganist you To Utah delegates So, Candidate J. Johnson Losted The nominee For Utah Governor, So The Election Is Fraud, Rigged, Cheating By you, So you have no Trust Credibility, Intergrity, Character Ect, so It's Fraud on The people Voters of Utah. democratic Mike Weinholtz disclose, Told delegates his wifes, Medical use of Marijuana For health Reasons, he was honest with delegates Ect. This Fax will be Mailed To J Johnson And demo
Peter C,
R Brown

# Cox says he won't enforce rule change

**ASSOCIATED PRESS**

SALT LAKE CITY — Utah's top elections officer says he won't allow the state Republican Party to enforce new party rules attempting to kick out candidates in two congressional districts who attempt to gather voter signatures to become the party's nominee.

Republican Lt. Gov. Spencer Cox told KUER-FM that he won't allow someone to remove another person from their political party.

The new rule was pushed by a conservative faction of the state GOP that's been fighting against a law allowing candidates to bypass party conventions and instead compete in a primary election by gathering signatures.

The measure approved by the party's Central Committee only applies to Utah's 1st and 2nd Congressional Districts.

GOP chairman Rob Anderson said in a statement Tuesday that the change is null because it violates the party's constitution and state law.







Office of the Governor

**State of Utah**

GARY R. HERBERT
*Governor*

SPENCER J. COX
*Lieutenant Governor*

February 4, 2016

Robert Brown
PO Box 511223
Salt Lake City UT 84151

Dear Robert:

Thank you for your letter to the Office of the Governor. I have been asked to respond on behalf of the Governor.

Our office appreciates hearing from constituents and your comments and opinion regarding this issue have been noted. We have received your documents over the last several months, even forwarding them to the Utah Labor Commission for review. Despite many attempts, we have been unable to reach you via telephone. If you are interested in discussing these concerns with the Office of the Governor, you may reach a member of our staff at (801) 538-1000.

Thank you for taking time to contact us regarding this matter.

Sincerely,

Austin Cox
Constituent Services

```
ED MAIL® RECEIPT
LAKE CITY, UT 84114

Mail Fee
  $3.35                                    0660
Services & Fees (check box, add fee as appropriate)    02
  Return Receipt (hardcopy)     $0.00
  Return Receipt (electronic)   $0.00      Postmark
  Certified Mail Restricted Delivery $0.00  Here
  Adult Signature Required      $0.00
  Adult Signature Restricted Delivery $0.00
Postage
  $1.19
Total Postage and Fees                    04/14/2017
  $4.54

Sent To  UTAh Gov. GaryHerbert, UTah State
Street and Apt. No., or PO Box No.
  CAPITOL (Suite 250) P.O. Box 142220
City, State, ZIP+4
  SLC UTAh 84114
```

2

7

(Urgent)   (Public Trust) April 14, 2017
We The People
I need Response ASAP. By mail
                    Scandal
From Robert Brown, Race Black (801) 245-0451
355 Brookside dr, Springville, Utah 8466
mailed By cmail To Utah Gov. Gary Herbert on 4-14-17
         I asked FBI JameC. To Investigate stuff
To Utah Gov. Gary Herbert   (you Lied To God oath)
1. Please Read Fax                 SEE you Bishop ASAP
2. Come Clean With people Of Utah, Resign ASAP
3. you Lied Under Oath yr 2017,
4. you Lied To Utah voters, you Been In Public Office To Long
5. you And LT. Gov. S Cox never Response To
many Faxes, I Faxed you Why?
6. I Will File Lawsuit soon In Utah Federal Court
   for Election Fraud, Rigger Utah Gov. Race
yr 2016, scam The voters, dishonesty ECT.
7. As Utah Gov. you neglect To do you duty, Job
under Utah Law, yr 2015 I mailed you documents
By cmail, so you And me could talk About Misconduct
By Utah State Bar Employees who had my case.
     I got you Response Why.  yr 2016 mail you Letter By cmail
7. I have Letter By Austin Cox 2-4-16, you got documents
So what happen To documents? Austin Cox Resign yr 2016
Because he Lied To me In his Letter 2-4-16.
Oath of Office Violation Is A Federal Crime,
Lying under Oath Is perjury It's Corruption, Racism
no, Integrity Credibility, Character, Moral values ECT.
Some Utah voters I told Utah Gov. Race was Rigged,
Cheating ECT. disgrace you Lie LT. Gov. S Cox
    Lied To Utah people Voters Time For new Utah Gov.
Please Resign ASAP. B Brown



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 18 (/uscode/text/18) › Part I (/uscode/text/18/part-I) › Chapter 1 (/uscode/text/18/part-I/chapter-1) › § 3

# 18 U.S. Code § 3 - Accessory after the fact

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

## U.S. Code Toolbox

Wex: Criminal Law: Overview (/wex/criminal_law)
Download the PDF (1 pgs) (https://www.law.cornell.edu/uscode/pdf/us
Title 18 USC, RSS Feed (https://www.law.cornell.edu/uscode/rss/us
Table of Popular Names (/topn)
Parallel Table of Authorities (/ptoa)

US Code (/uscode/text/18/3?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdates)
Notes (/uscode/text/18/3?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupdates)
prev (/uscode/text/18/2) | next (/uscode/text/18/4)

Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.

Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

(June 25, 1948, ch. 645, 62 Stat. 684 (http://uscode.house.gov/statviewer.htm?volume=62&page=684); Pub. L. 99–646, § 43 (http://thomas.loc.gov/cgi-bin/bdquery/L?d099:./list/bd/d099pl.lst:646(Public_Laws)), Nov. 10, 1986, 100 Stat. 3601 (http://uscode.house.gov/statviewer.htm?volume=100&page=3601); Pub. L. 101–647, title XXXV, § 3502 (http://thomas.loc.gov/cgi-bin/bdquery/L?d101:./list/bd/d101pl.lst:647(Public_Laws)), Nov. 29, 1990, 104 Stat. 4921 (http://uscode.house.gov/statviewer.htm?volume=104&page=4921); Pub. L. 103–322, title XXXIII (http://thomas.loc.gov/cgi-bin/bdquery/L?d103:./list/bd/d103pl.lst:322(Public_Laws)), §§ 330011(h), 330016(2)(A), Sept. 13, 1994, 108 Stat. 2145 (http://uscode.house.gov/statviewer.htm?volume=108&page=2145), 2148.)



*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

✉ mike@mikeforutah.com



🔍 ☰

PRESS INQUIRIES:

Melanie – 480.862.9094

or Austin – 801.631.3256

Campaign Office – 801.662.8264

Mike for Utah

193 West 2100 South

South Salt Lake, UT 84115



Comments? Questions? Want to Volunteer?

Use the contact form, and we'll be in touch!

Your Name

**BALLOTPEDIA** The Encyclopedia of American Politics Donate to Ballotpedia

Want to receive updates from Ballotpedia?   Full Name   Email Address   SIGN UP FOR BALLOTPEDIA EMAILS!

# Utah Oath of Office Amendment (2016)

The **Utah Oath of Office Amendment, HJR 8** is on the November 8, 2016 ballot in Utah as a legislatively referred constitutional amendment. The measure, upon voter approval, would make minor changes to the oath of office that each elected and appointed state official must take and subscribe to before entering into his or her respective office.[1]

The current oath of office reads: "I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and the Constitution of this State, and that I will discharge the duties of my office with fidelity."

The proposed oath of office, which would be enacted with voter approval of HJR 8, reads: "I do solemnly swear (or affirm) that I will support, obey, and defend the Constitution of the United States and the Constitution of the State of Utah, and that I will discharge the duties of my office with fidelity."

The amendment changing the oath was proposed by Rep. Kraig Powell (R-54). He explained the proposed changes, saying, "Please remember that the point of the bill was that the word 'Utah' is not currently in the oath of office."[2]

| Contents |
|---|
| 1 Text of measure |
|     1.1 Constitutional changes |
| 2 Path to the ballot |
|     2.1 House vote |
|     2.2 Senate vote |
| 3 See also |
| 4 External links |
| 5 References |

**Oath of Office Amendment**



| | |
|---|---|
| **Type** | Constitutional amendment |
| **Origin** | Utah Legislature |
| **Topic** | Constitutional language on the ballot |
| **Status** | On the ballot |

## Text of measure

### Constitutional changes

*See also: Article IV, Utah Constitution*

The proposed amendment would amend Section 10 of Article IV of the Utah Constitution. The following struck-through text would be deleted and underlined text would be added by the proposed measure's approval:[1]

> All officers made elective or appointive by this Constitution or by the laws made in pursuance thereof, before entering upon the duties of their respective offices, shall take and subscribe the following oath or affirmation: "I do solemnly swear (or affirm) that I will support, obey, and defend the Constitution of the United States and the Constitution of this the State of Utah, and that I will discharge the duties of my office with fidelity."[3]

## Path to the ballot



Monday, 26 January 2016

# The Oath of Office

Home    Utah Petition    Federal Petition

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution
--*the Constitution of the United States, Article VI*

It is impossible to be bound by Oath without a penalty for breaking the Oath, just as it is impossible to be bound by a contract or law without a penalty for breaking the law or Contract.

In order to become more compliant with Article VI of the Constitution of the United States, the supreme law of the land, it is proposed that we use the following wording for the Oath of Office required of all Utah state legislators and all Utah state judicial officers:

"I do solemnly swear (or affirm) under penalties of perjury misdemeanors, high crimes and treason, that I will promote, preserve, protect and defend the supreme law of the land, this Constitution of the United States against all enemies or opposers, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will support the Utah Constitution and Utah laws in pursuance to the Constitution of the United States and will well and faithfully discharge the duties of the office on which I am about to enter, so help me God."

 Candidate Interviews with Loy Brunson 2010

For more information please contact:
arlan@theoathofoffice.com

Site created by EZ Site Help

　　　　(B) the chief clerk of the House of Representatives, for a legislator that is a representative; or
　　　　(C) the lieutenant governor, for all other regulated officeholders.
　　(ii) The lieutenant governor, the secretary of the Senate, and the chief clerk of the House of Representatives shall ensure that blank financial disclosure forms are available on the Internet and at their offices.
　(d) Financial disclosure forms that are filed under the procedures and requirements of this section shall be made available to the public:
　　(i) on the Internet; and
　　(ii) at the office where the form was filed.
　(e) This section's requirement to disclose a conflict of interest does not prohibit a regulated officeholder from voting or acting on any matter.
　(5) A regulated officeholder who violates the requirements of Subsection (2) is guilty of a class B misdemeanor.

History: C. 1953, 76-8-109, enacted by L. 1973, ch. 196, § 76-8-109; 1995, ch. 191, § 1; 2010, ch. 12, § 5.

Amendment Notes. — The 2010 amendment, effective March 8, 2010, rewrote the section.

COLLATERAL REFERENCES

Utah Law Review. — Eligibility of Public Officers and Employees to Serve in the State Legislature: An Essay on Separation of Powers, Politics, and Constitutional Policy, 1988 Utah L. Rev. 295 (1988).

### 76-8-110. Peace officer prohibited from acting as compensated collection agent for collection agencies or creditors.

　(1) A peace officer may not have any interest in any collection agency or act as a compensated collection agent for any creditor or collection agency.
　(2) A person that violates this section is guilty of a class C misdemeanor.

History: C. 1953, 76-8-110, enacted by L. 1988, ch. 229, § 8; 1992, ch. 128, § 1.

## PART 2
## ABUSE OF OFFICE

### 76-8-201. Official misconduct — Unauthorized acts or failure of duty.

　A public servant is guilty of a class B misdemeanor if, with an intent to benefit himself or another or to harm another, he knowingly commits an unauthorized act which purports to be an act of his office, or knowingly refrains from performing a duty imposed on him by law or clearly inherent in the nature of his office.

History: C. 1953, 76-8-201, enacted by L. 1973, ch. 196, § 76-8-201.

(B) the chief clerk of the House of Representatives, for a legislator that is a representative; or

(C) the lieutenant governor, for all other regulated officeholders.

(ii) The lieutenant governor, the secretary of the Senate, and the chief clerk of the House of Representatives shall ensure that blank financial disclosure forms are available on the Internet and at their offices.

(d) Financial disclosure forms that are filed under the procedures and requirements of this section shall be made available to the public:

(i) on the Internet; and

(ii) at the office where the form was filed.

(e) This section's requirement to disclose a conflict of interest does not prohibit a regulated officeholder from voting or acting on any matter.

(5) A regulated officeholder who violates the requirements of Subsection (2) is guilty of a class B misdemeanor.

**History:** C. 1953, 76-8-109, enacted by L. 1973, ch. 196, § 76-8-109; 1995, ch. 191, § 1; 2010, ch. 12, § 5.

**Amendment Notes.** — The 2010 amendment, effective March 8, 2010, rewrote the section.

COLLATERAL REFERENCES

**Utah Law Review.** — Eligibility of Public Officers and Employees to Serve in the State Legislature: An Essay on Separation of Powers, Politics, and Constitutional Policy, 1988 Utah L. Rev. 295 (1988).

### 76-8-110. Peace officer prohibited from acting as compensated collection agent for collection agencies or creditors.

(1) A peace officer may not have any interest in any collection agency or act as a compensated collection agent for any creditor or collection agency.

(2) A person that violates this section is guilty of a class C misdemeanor.

**History:** C. 1953, 76-8-110, enacted by L. 1988, ch. 229, § 8; 1992, ch. 128, § 1.

# PART 2
# ABUSE OF OFFICE

### 76-8-201. Official misconduct — Unauthorized acts or failure of duty.

A public servant is guilty of a class B misdemeanor if, with an intent to benefit himself or another or to harm another, he knowingly commits an unauthorized act which purports to be an act of his office, or knowingly refrains from performing a duty imposed on him by law or clearly inherent in the nature of his office.

**History:** C. 1953, 76-8-201, enacted by L. 1973, ch. 196, § 76-8-201.