Case # 217-CV-0094B (1) Orginal

FILED U.S. DISTRICT COURT
2018 MAR 20 A 5
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

# Motion For Injunction

On These Utah Public Officals (No moral Values Ect) For Fraud, Lies, Scam, deception, Cheating Scam on Utah Voters, yr 2016 Utah Gov. Election (Voters Were duped,)

To, Court These Utah Public Officals Should have nothing To do With any Utah Elections

1. Election man Mark Thomas - he knows About Misconduct Ect By Gov Gary herBert

2. Lt. Gov. Spencer Cox - knows About Misconduct Ect. By Gov. Gary herBert

To, Court It's about Public Trust In Utah, democracy, In Voting, Laws, US Const. Utah Const. Conflict Intrest The system Utah has With Voting, Utah needs Seperate Voting Commission, Free ~~know~~ From Utah Governor.

In yr 2016 Utah Gov. Election, There Was no Intergrity. Trust, character, honesty Ect. Gary herBert didn't Care about people of Utah, his 2 opponets mr J. Johnson Rep. Mr Mike W. demo. All mr herBert Cared about Was Weaving, Power In Utah Election Gov. Race yr 2016. he Broken Laws, perjury, Oath Office Violation, under Utah Const. US Const. high crimes

X (Abuse Of Office Failure Of duty)

In my Civil Rights Case, Its A Misdemeanor Is A crime under Utah, And US Const. means Gary herBert cant hold Public, Breach Of Public Tryst, No Moral Values Ect.

Gary herBert Should come Clean And Resign Public Office ASAP.

To, court, (All parties,)

Please Read Letter dated 2-14-16 By Austin Cox, From Gov. GH, LT. Gov. SC. Office, This Letter Proves Gary Herbert had documents, In my Civil Rights Case Since yr 2015, Gary h. Knew It was Misconduct, Fraud, By Utah State Bar Employee's Who had my Civil Rights Case. Gary Herbert didn't Turn over my Civil Rights Case To Utah Supreme Court For disBarment, ECT, By Utah State Bar Employee's Who, had my Civil Rights Case. Gary h. didn't do his duty, JOB In my Civil Rights Case. (Cover up)

\* Abuse of office Failure of duty (neglect) Is A misdemeanor Crime, (Racism) (Me Too, Times up) Emotional Stress on me For ~~Also~~ Almost 3 yrs, I Losted my JOB, Income health Insurance ECT.

Motion To court   I want Jury Trial In my case yr 2019. Civil Rights Case against State of Utah, Gov. Gary h. damages $20 million dollars, Emotion Stress, Loss Income, JOB Loss. Lost health Insurance.

Gov. Gary Herbert, Neglect,
(\* Abuse of Office Failure of duty)
In my Civil Rights case, To court This Case Should have Been Settle yr 2015. Gov. GH, had documents Since May 15, 2015, Almost 3 yrs Ago. What's up.

To, Court, (All Parties)

Read Letter dated 4-14-17 I got no Response From Gary h. So we could settle, Talk About my Civil, I have Lots of Faxes, I sent To Lt. Gov. SC. Office, About my case, And yr 2016 Gov. Election. no Response.

It's About Public Trust In Public Officals, There's Lots of dishonesty, corryu Corryption In State of utah.

Utah Voters Were duped Scamed, Lie To, deception By Gov. Gh.

Lots of Public Public Officals

In utah knew, knows About

Gary h. Abuse of Office Failure of duty, Election Fraud yr 2016 Gov. Election, But did nothing At all Lots public Officals It A disgrace To me, people of utah

(4)

"To, court, All parties"

Utah Atty General Sean Reyes
yr 2017, Feb. I sent Atty G Sean Reyes
A complaint Letter, Letting him know
Utah, Gov. G.H, LT. SC, Misconduct, Fraud,
Abuse ECT, In Utah Gov. Election yr 2016
I ask for his ~~opion~~ opinion,

I got no Response
So Atty G. Sean Reyes knows, About, Fraud,
Abuse of office Failure of duty, ECT. In Gov.
of Utah Election yr 2016, coverups

There's no Intergrity, Public Trust
Character In Utah Atty G. Sean Reyes
Office, he Broken his Oath of
Office, ECT,

To Court, All parties

( Utah Republican Party )

Jan, 25, 2016 I mailed Utah Republican Party, A Letter By c mail, I said in my Letter, (SLC Utah Republican Party) Misconduct, By Gov. Gary Herbert, Lets go with J. Johnson. J. Johnson Was A Republican Candidate, Running Against Gov. GH, In Gov. Election yr 2016

Here's my questions

To, Utah Republican Party, Chairman Mr Bob Anderson
Why didn't Utah Republican party In SLC Utah Investigate, my Letter in yr 2016, For Misconduct By Gov. Gary Herbert ??

To, court, All parties
yr 2017 I mailed A Letter By c mail To Utah Republican party Chairman Bob Anderson, I asked him To Investigate Utah Gov. GH, Misconduct, Fraud, Abuse Of Office Failure of duty, Ect, In Gov. Election yr 2016. I got no Response From Bob Anderson, Why? Coverup, A crime
Mr Bob Anderson, Should Resign, he should Represent people of utah, not, Republican party By Being dishonest Ect.
Its About Public Trust,
We the people, disgrace To people of utah,

To court, All parties

Utah Republican party,

State, Central Committee

"Motion, To court, To have Utah Republican Party Chairman Rob Anderson, And Utah State Central Committed contact Mr J. Johnson, Former Republican Candidate, Who Ran Against Gov. GH, In Utah Election yr 2016, have mr Johnson As Utah next (Gov. yr 2019 Jan.) If mr Johnson doesn't want To Be Utah Gov. yr Jan 2019, have Utah Gov. G.H. LT.Gov. SC. pay mr Johnson All The money mr Johnson Losted yr 2016 In Utah Gov. Election (To All Parties, Let's do All Talking InCourt) keep Things In Writting Thanks)
To court It's The, honesty And Right Thing To do, For mr Johnson, Because, It Was Fraud, Lies, Scam, deception Cheating In Utah Gov. Election yr 2016,

It's Racism against me In my Civil Rights Case, By Gov. GH
It Was Cheating, Lies, deception scam By Gov. GH, LT.SC, Election man mark Thomas In Utah Gov. Election yr 2016 Against The good people of Utah, he duped Utah Voters In Gov. Election yr 2016, he Lied To Utah Voters yr 2016, he's In Lds Church, Utah Republican Party Is A Big mess, Scandal, Inside Fighting ECT. I'm Black not From Utah, But I see Utah Republican Party Fading away Fast.

(17)

= "Motion To Court"

For Court meeting with me, Utah Republican Party Chairman Bob Anderson, And someone From Utah Republican Party State Central Committee, And Mr J Johnson Former Republican Candidate Who Ran against Gov. GH, Gov. Election yr 2016, And To have Gary H, Lt. SC.

And To have Utah democratic Party At Meeting, And demo Candidate Mike Weinholtz And Atty G. Sean Reyes To Court, Because

Mr Johnson, Mr Mike W.

Losted Big Money In Utah Gov. Election yr 2016, It was Fraud, Scam Rigged, deception duped Utah Voters By Utah Gov. GH, Lt. SC.

They Lied, Cheated Utah Voters In Utah Gov. Election yr 2016

= Motion To have meeting Aug, yr 2018 meeting is only For Utah Gov. Election yr 2016, All parties please documents I mailed of Faxed you Thanks, I'll Bring Letters I sent To, Utah Rep. Party yr 2016 Jan) I'll Bring Letter I sent Bob Anderson Chairman, Rep. Party Letter yr 2017 It's About, Public Trust, do The Right Thing

8

Robert Louis Brown
355 Brookside dr
Springville, utah 84663
(801) 245-0451

Case # 2:17-CV-00948     ⑧     8 COPIES

# Motion To Court

Mr. Johnson, you And me G.H. Must Forgive, For misconduct ABuse Ect

To Grant Former Utah Republican Candidate J. Johnson As Utah Next Governor Starting Jan 1 2019.

Emotional Stress 24 hrs

To Court here's Why (Me Too Times up)
(X ABuse of Office Failure of duty)
In my Civil Rights Case, Is A Crime misdemeanor Gov. Gary Herbert, Refuse, Neglect To Turn over my Civil Rights Case, To Utah Supreme Court, For disBarment Ect, Utah State Bar employee's committed, Fraud In my Federal Civil Rights Case, I losted my Job, Income, Health Insurance Ect. Once again Read Letter 2-14-16, From Austin Cox, From Gov. G.H. LT. Gov. S.C. This prove's Gov. G.H. LT. S.C. had documents In my Civil Rights Case Since yr 2015, I mailed documents To Gov. G.H. May 15, 2015 By email, To Court Almost 3 yrs Ago.

Why what's up With Gary Herbert dishonesty Ect. Austin Cox Resigned yr 2016. This happen Almost 3 yrs Ago (ABuse of Office Failure of duty In my Federal Civil Rights Case.) So In Utah Gov. Election yr 2016, Gov. G.H. LT. S.C. committed, Fraud, Scam duped, deception, Cheating In Utah Gov. Election yr 2016, Against Good, Voters, people of Utah, Fraud Criminal (Oath of Office Violation Perjury) Under Utah Law, Const. And U.S. Const. A Misdemeanor, Is A crime, So By Laws, Federal, State, Gary Herbert Broken Laws In Gov. Election yr 2016, Gary Herbert has To Resign Asap. It's ABout PuBlic, Trust, We The people!! They may cheat So Mitt Wins. Court document mailed to J. Johnson, Mr. Johnson And Family Would you Like to Be next Utah Gov. yr 2019? Yes or no? To All Parties, Please keep Talks In court In This case, I'll take Letters, no phone Talks Thanks

Mitt Romney Shouldn't Run For Orrin hatch S.C. Job Because Utah SLC, Republican Party Is A mess, Corruption Ect.